AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| BORIS GOLDSHTEIN | ) | Magistrate No. 20-410 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 27, 2020 _____ in the county of _____ Allegheny _____ in the

_____ Western _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | Possession with the Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

USPIS Postal Inspector Brian K. Dodd
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 02/28/2020 _____

_____
_Judge's signature_

City and state: _____ Pittsburgh, PA _____

LISA PUPO LENIHAN, U.S. Magistrate Judge
_Printed name and title_