AO458 (Rev. 5/85)   Appearance

# UNITED STATES DISTRICT COURT

_____WESTERN_____   DISTRICT OF   _____PENNSYLVANIA_____

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| v. | |
| Boris Goldshtein | Case Number: 20-410 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Boris Goldshtein

Date 2/28/2020

Signature

Michael J. Zagari
Print Name

428 Forbes Avenue St. 1801
Address

Pittsburgh ~~McKees Rock~~   PA   15219
City                                State            Zip Code

412-765-2993
Phone Number

325725
PA I.D. #